**James D. SELELYO, Stephanie P. Selelyo, Plaintiffs–Appellants,**

v.

**Alfredo J. SARARO, III, Sararo Holdings, LLC, Alana Sararo, Fifth Third Bank, Defendants–Appellees.**

No. 11–15660.

United States Court of Appeals, Eleventh Circuit.

Nov. 21, 2012.

Thomas J. Michael, Thomas J. Michael & Associates, Pittsburgh, PA, Chad Thomas Van Horn, Brown Van Horn, PA, Fort Lauderdale, FL, for Plaintiffs–Appellants.

Robert Rosenblatt, The Rosenblatt Law Firm, Miami, FL, Christopher S. Williams, Matthew J. Kucharson, K. James Sullivan, Calfee, Halter & Griswold LLP, Cleveland, OH, Jeremy T. Springhart, Michael K. Wilson, Broad & Cassel, Ronald L. Harrop, Wilson Elser Moskowitz Edelman & Dicker, LLP, Orlando, FL, Hugh J. Behan, Patrick W. Gent, Zurich American Insurance Company, Hollywood, FL, Kurt Alan Streyffeler, The Law Office of Kurt A. Streyffeler, PA, Fort Myers, FL, John George Vega, Law Office of John G. Vega, PA, Naples, FL, for Defendants–Appellees.

Before BARKETT and JORDAN, Circuit Judges, and HALL,* District Judge.

---

\* Honorable James Randal Hall, United States District Judge for the Southern District of Georgia, sitting by designation.

1. The Selelyos waived any appeal of their pendent state law claims by failing to raise

**PER CURIAM:**

James and Stephanie Selelyo appeal a district court order dismissing their Racketeer Influenced and Corrupt Organizations ("RICO") claim against Alfredo J. Sararo, III, Sararo Holdings, LLC, Alana Sararo, and Fifth Third Bank.[1] Having reviewed the record and considered the oral argument of counsel, the district court's dismissal of the Selelyos' RICO claim is **AFFIRMED.**

those claims in their brief. *See Hamilton v. Southland Christian School, Inc.,* 680 F.3d 1316, 1319 (11th Cir.2012).